**No. 10-6698. Warren Vincent Lee, Petitioner v. Shane Wyatt, et al.**

562 U.S. 1070, 131 S. Ct. 659, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9293.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 382 Fed. Appx. 697.

**No. 10-6702. Ryan A. Brown, Petitioner v. Parking Authority of the City of Jersey City, et al.**

562 U.S. 1070, 131 S. Ct. 659, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9415.

November 29, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-6703. Bernie F. Briggs, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 1070, 131 S. Ct. 659, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9423.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6709. Anson Whitted, Petitioner v. New York.**

562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9112.

November 29, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 71 App. Div. 3d 1066, 896 N.Y.S.2d 686.

**No. 10-6710. Jose Torrez, Petitioner v. Kenneth McKee, Warden.**

562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9373.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6712. Curtis Leon Taylor, Petitioner v. George M. Hinkle, Warden.**

562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9215,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 387 Fed. Appx. 387.

**No. 10-6713. Amado Tamez, Petitioner v. Texas.**

562 U.S. 1070, 131 S. Ct. 660, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9443,

November 29, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-6715. Gary Wayne Warner, Petitioner v. Texas.**

562 U.S. 1070, 131 S. Ct. 661, 178 L. Ed. 2d 493, 2010 U.S. LEXIS 9081.

November 29, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.